### 6867. DAY v. ALEXANDER.

WADE, J. In the state of the record the judge of the superior court did not err in refusing to sanction the certiorari. *Judgment affirmed.*

DECIDED MAY 1, 1916.

Petition for certiorari; from Berrien superior court—Judge Thomas. August 13, 1915.

*William Story,* for plaintiff in error.

*J. A. Alexander,* contra.